24

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

D-1, JUSTIN D. FULLER,
    aka, Yep,
    aka, Yep_yep_hun,
    aka, Yep_ster,

D-2, JOHN L. GARRISON,
    aka, Austin, aka Kenzie,
    aka, austinjt1,

D-3, BRANDON L. HENNERBERG,
    aka, Sam,
    aka, Mr_Flinstone,

D-4, VIRGIL NAPIER, JR.,
    aka, Nietzi,
    aka, Neo,

        Defendants.

Case:5:16-cr-20239
Judge: Levy, Judith E.
MJ: Patti, Anthony P.
Filed: 04-05-2016 At 02:55 PM
INDI USA v. FULLER ET AL. (SO)

VIOL: 18 U.S.C. § 2252A(g)
       18 U.S.C. § 2251(a)
       18 U.S.C. § 2251(e)
       18 U.S.C. § 2422
       18 U.S.C. § 2252(a)(2)
       18 U.S.C. § 2252(b)(1)
       18 U.S.C. § 2253
       18 U.S.C. § 2
       18 U.S.C. § 2252A(a)(5)(B)
       18 U.S.C. § 2252A(b)(2)

## INDICTMENT

THE GRAND JURY CHARGES:

At all times in this Indictment:

1.    Defendant Virgil Napier, Jr. was a resident of Michigan.

2.    Defendant Justin D. Fuller was a resident of California.

3.    Defendant Brandon L. Hennerberg was a resident of Nebraska.

4.    Defendant John L. Garrison was a resident of Illinois.

5.    Minor Victim 1 (hereinafter "MV-1") was a girl under the age of 18.

6.    Minor Victim 2 (hereinafter "MV-2") was a girl under the age of 18.

7.    Minor Victim 3 (hereinafter "MV-3") was a girl under the age of 18.

8.    Minor Victim 4 (hereinafter "MV-4") was a girl under the age of 18.

9.    Minor Victim 5 (hereinafter "MV-5") was a girl under the age of 18.

10.    During the time periods covered in this indictment, and as far back as 2013, Defendants worked together as a group to record videos of numerous minor victims, both known and unknown to the Grand Jury, engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).  Specifically, Defendants produced videos of minor victims, both known and unknown to the grand jury, engaged in sexual acts and the lascivious exhibition of the genitals and pubic area.

## COUNT ONE

### (Child Exploitation Enterprise, 18 U.S.C. § 2252A(g))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of November 16, 2013 and March 10, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., knowingly engaged in a child exploitation enterprise by violating Chapter 110 of Title 18 of the United States Code, as a part of a series of felony violations constituting three or more separate incidents and involving more than one minor victim, which offenses are described in Counts TWO through EIGHTEEN of this Indictment, and committed those offenses in concert with three or more other persons; all in violation of Title 18, United States Code, Section 2252A(g).

3

## COUNT TWO

(Conspiracy Production of Child Pornography, 18 U.S.C §§ 2251(a), 2251(e))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of November 16, 2013 and March 10, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-2, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) & (e).

4

## COUNT THREE

(Production of Child Pornography, 18 U.S.C. §§ 2, 2251(a))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG

On or about December 12, 2015, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, and BRANDON L. HENNERBERG, aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-2, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a), & Title 18, United States Code, Section 2.

5

## COUNT FOUR

(Conspiracy Production of Child Pornography, 18 U.S.C §§ 2251(a), 2251(e))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of November 16, 2013 and March 10, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-3, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) & (e).

6

COUNT FIVE

(Production of Child Pornography, 18 U.S.C. §§ 2, 2251(a))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

On or about January 1, 2015 through November 16, 2015, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-3, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) & Title 18, United States Code, Section 2.

7

COUNT SIX

(Conspiracy Production of Child Pornography, 18 U.S.C. §§ 2251(a), 2251(e))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of November 16, 2013 and March 10, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-4, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) & (e).

8

## COUNT SEVEN

(Production of Child Pornography, 18 U.S.C. §§ 2, 2251(a))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

On or about January 1, 2015 through November 16, 2015, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-4, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) & Title 18, United States Code, Section 2.

9

## COUNT EIGHT

(Conspiracy Production of Child Pornography, 18 U.S.C. §§ 2251(a), 2251(e))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of November 16, 2013 and March 10, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-5, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) & (e).

10

## COUNT NINE

(Production of Child Pornography, 18 U.S.C. §§ 2, 2251(a))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

On or about November of 2015, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-5, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a) & Title 18, United States Code, Section 2.

11

COUNT TEN

(Conspiracy Production of Child Pornography, 18 U.S.C. §§ 2251(a), 2251(e))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG

Between the dates of November 16, 2013 and March 10, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, and BRANDON L. HENNERBERG, did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-1, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 2251(a) & (e).

12

## COUNT ELEVEN

(Production of Child Pornography, 18 U.S.C. §§ 2, 2251(a))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG

On or about December 11, 2015, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, and BRANDON L. HENNERBERG, aided and abetted by each other, and others known and unknown to the Grand Jury, did knowingly employ, use, persuade, induce, entice, and coerce a minor, to wit: MV-1, to engage in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, or in and affecting interstate and foreign commerce; using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and such visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2251(a), & Title 18, United States Code, Section 2.

13

COUNT TWELVE

(Conspiracy Receipt of Child Pornography, 18 U.S.C. §§ 2252(a)(2), 2252(b)(1))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of November 16, 2013 and March 10, 2016, in the Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., did combine, conspire, confederate, and agree together and with others known and unknown to the Grand Jury, to knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), to wit: images of real children engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), that had been transported in and affecting interstate and foreign commerce using any means and facility of interstate and foreign commerce; all in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1).

14

## COUNT THIRTEEN

(Conspiracy Access with Intent to View Child Pornography 18 U.S.C. §§
2252A(a)(5)(B), 2252A(b)(2))

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of November 16, 2013 and March 10, 2016, within the
Eastern District of Michigan, and elsewhere, the defendants, JUSTIN D. FULLER,
JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER,
JR., did combine, conspire, confederate, and agree together and with others known
and unknown to the Grand Jury, to knowingly access with intent to view one or
more digital files, internet links, internet posts, and other material which contained
child pornography, as defined in Title 18, United States Code, Section 2256(8),
including but not limited to visual depictions of real minors, prepubescent minors
and minors who had not attained twelve (12) years of age, engaged in sexually
explicit conduct, that had been shipped and transported using any means and
facility of interstate and foreign commerce, had been shipped and/or transported in
and affecting interstate and foreign commerce, and were produced using materials
that have been mailed, shipped and transported in and affecting interstate and
foreign commerce by any means, in violation of Title 18, United States Code,
Section 2252A(a)(5)(B) & 2252(A)(b)(2).

15

## COUNT FOURTEEN

(Coercion and Enticement of a Minor 18 U.S.C. §§ 2, 2422(b)).

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of January 1, 2015 and March 10, 2016, in the Eastern District of Michigan and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., aided and abetted by each other, did knowingly use a facility and means of interstate or foreign commerce (to wit: the Internet) to persuade, induce, entice and coerce a person who had not attained the age of 18 years (to wit: MV-3) to engage in any sexual activity for which any person could be charged with a criminal offense, to include the production of child pornography as described in 18 U.S.C. § 2256(8) and child sexually abusive activity or material, in violation of M.C.L. § 750.154c, all in violation of 18 U.S.C. § 2422(b) &  § 2.

16

## COUNT FIFTEEN

(Coercion and Enticement of a Minor 18 U.S.C. §§ 2, 2422(b)).

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of January 1, 2015 and March 10, 2016, in the Eastern District of Michigan and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., aided and abetted by each other, did knowingly use a facility and means of interstate or foreign commerce (to wit: the Internet) to persuade, induce, entice and coerce a person who had not attained the age of 18 years (to wit: MV-4) to engage in any sexual activity for which any person could be charged with a criminal offense, to include the production of child pornography as described in 18 U.S.C. § 2256(8) and child sexually abusive activity or material, in violation of M.C.L. § 750.154c, all in violation of 18 U.S.C. § 2422(b) & § 2.

17

## COUNT SIXTEEN

(Coercion and Enticement of a Minor 18 U.S.C. §§ 2, 2422(b)).

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG
D-4, VIRGIL NAPIER, JR.

Between the dates of January 1, 2015 and March 10, 2016, in the Eastern District of Michigan and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR., aided and abetted by each other, did knowingly use a facility and means of interstate or foreign commerce (to wit: the Internet) to persuade, induce, entice and coerce a person who had not attained the age of 18 years (to wit: MV-5) to engage in any sexual activity for which any person could be charged with a criminal offense, to include the production of child pornography as described in 18 U.S.C. § 2256(8) and child sexually abusive activity or material, in violation of M.C.L. § 750.154c, all in violation of 18 U.S.C. § 2422(b) &  § 2.

18

COUNT SEVENTEEN

(Coercion and Enticement of a Minor 18 U.S.C. §§ 2, 2422(b)).

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG

Between the dates of December 2, 2015 and December 22, 2015, in the Eastern District of Michigan and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, and BRANDON L. HENNERBERG, aided and abetted by each other, did knowingly use a facility and means of interstate or foreign commerce (to wit: the Internet) to persuade, induce, entice and coerce a person who had not attained the age of 18 years (to wit: MV-1) to engage in any sexual activity for which any person could be charged with a criminal offense, to include the production of child pornography as described in 18 U.S.C. § 2256(8) and child sexually abusive activity or material, in violation of M.C.L. § 750.154c, all in violation of 18 U.S.C. § 2422(b) & § 2.

<u>COUNT EIGHTEEN</u>

(Coercion and Enticement of a Minor 18 U.S.C. §§ 2, 2422(b)).

D-1, JUSTIN D. FULLER
D-2, JOHN L. GARRISON
D-3, BRANDON L. HENNERBERG

Between the dates of December 2, 2015 and December 22, 2015, in the Eastern District of Michigan and elsewhere, the defendants, JUSTIN D. FULLER, JOHN L. GARRISON, and BRANDON L. HENNERBERG, aided and abetted by each other, did knowingly use a facility and means of interstate or foreign commerce (to wit: the Internet) to persuade, induce, entice and coerce a person who had not attained the age of 18 years (to wit: MV-2) to engage in any sexual activity for which any person could be charged with a criminal offense, to include the production of child pornography as described in 18 U.S.C. § 2256(8) and child sexually abusive activity or material, in violation of M.C.L. § 750.154c, all in violation of 18 U.S.C. § 2422(b) & § 2.

20

## COUNT NINETEEN

(Possession of Child Pornography -- 18 U.S.C. § 2252A(a)(5)(B))

D-4 VIRGIL NAPIER, JR.

On or about November 16, 2015, within the Eastern District of Michigan, the defendant, VIRGIL NAPIER, JR., knowingly possessed one or more computer hard drives, cell phones, cameras, DVDs, magazines, periodicals, and other material which contained child pornography, as defined in Title 18, United States Code, Section 2256(8), including but not limited to visual depictions of real minors, prepubescent minors and minors who had not attained twelve (12) years of age, engaged in sexually explicit conduct, that had been shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and/or transported in and affecting interstate and foreign commerce, and were produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

1.      The allegations of this indictment are re-alleged as if fully set forth here, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

2.      If convicted of an offense charged and set forth above, JUSTIN D. FULLER, JOHN L. GARRISON, BRANDON L. HENNERBERG, and VIRGIL NAPIER, JR. shall forfeit to the United States any and all materials and property used and intended to be used in the distribution, possession, and transportation of visual depictions of minors engaging in sexually explicit conduct, and any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense.

THIS IS A TRUE BILL.
s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

BARBARA L. McQUADE
UNITED STATES ATTORNEY

s/ Matthew A. Roth
MATTHEW A. ROTH
Assistant United States Attorney
Chief, General Crimes Unit
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9186
Email: mroth@usa.doj.gov

s/ April N. Russo
SARA D. WOODWARD
APRIL N. RUSSO
Assistant United States Attorneys
211 West Fort Street, Ste. 2001
Detroit, MI 48226-3220
Phone: (313) 226-9129
Email: april.russo@usdoj.gov

Dated: April 5, 2016

**ORIGINAL**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Co** | Case:5:16-cr-20239<br>Judge: Levy, Judith E.<br>MJ: Patti, Anthony P.<br>Filed: 04-05-2016 At 02:55 PM<br>INDI USA v. FULLER ET AL. (SO) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cor

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008   [ ]

| **Companion Case Information** | **Companion Case Number:** |
| --- | --- |
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** ◯R |

Case Title: USA v. Justin Fuller, et al.

County where offense occurred : Oakland County and Elsewhere

Check One:   ☒ Felony              ☐ Misdemeanor              ☐ Petty

____Indictment/____Information --- **no prior complaint.**
✓ Indictment/____Information --- based upon prior complaint [**Case number:**\*see attached      ]
____Indictment/____Information --- based upon LCrR 57.10 (d) **[Complete Superseding section below]**

## Superseding Case Information

Superseding to Case No: _____      **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
| --- | --- | --- |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 5, 2016
Date

APRIL N. RUSSO
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9129
Fax: 313-226-2372
E-mail address: april.russo@usdoj.gov
Attorney Bar #:PA313475

Criminal Case Cover Sheet
Page 2

Indictment based upon prior complaint numbers:

| Name: | Complaint Number: |
| --- | --- |
| D-1 Justin Fuller | 16-mj-30111 |
| D-2 John L. Garrison | 16-mj-30076 |
| D-3 Brandon Hennerberg | 16-mj-30112 |
| D-4 Virgil Napier, Jr. | 16-mj-30537 |